1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

**United States District Court**
For the Northern District of California

10   Kathy Navarro,                              NO. C 10-03210 JW

11               Plaintiff,              **ORDER CONTINUING PRETRIAL**
     v.                                  **CONFERENCE**

12
     Arrow Electronics, Inc.,

13
               Defendant.

14   _____/

15         This case is scheduled for a Pretrial Conference on March 7, 2011.  Pursuant to the Federal

16   Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a

17   Joint Preliminary Pretrial Conference Statement.  (See Docket Item No. 16.)  In their Joint

18   Preliminary Pretrial Conference Statement, the parties state that they are "not presently prepared for

19   trial."  (Id. at 2.)  Further, the parties state that they both need additional discovery, and that they

20   anticipate filing a stipulated request for continuance of discovery and dispositive motion deadlines.

21   (Id.)

22         Upon review, the parties have provided insufficient information as to why they are

23   unprepared for trial and in need of additional discovery, frustrating the Court's attempt to schedule

24   this matter.  Because of the parties' unreadiness, the Court finds that a Pretrial Conference would be

25   premature at this time.

26

27

28

1    Accordingly, the Court CONTINUES the Pretrial Conference to **April 4, 2011 at 10 a.m**.

2  On or before **March 25, 2011**, the parties shall file either a Stipulated Request for Continuance of

3  Discovery and Motion Deadlines, or a Joint Preliminary Pretrial Conference Statement that provides

4  the Court with a proposed schedule as to how this case should proceed.

5

6

7  Dated:  March 2, 2011

   JAMES WARE
8  United States District Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron Arnold Roblan aaron.roblan@ogletreedeakins.com
Gerald A. Emanuel jemanuel@hinklelaw.com


**Dated:  March 2, 2011**                                   **Richard W. Wieking, Clerk**


                                                            **By:     /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California