1  AARON ROBLAN, State Bar No. 244308
   Aaron.Roblan@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
3  Steuart Tower, Suite 1300
   One Market Plaza
4  San Francisco, California 94105
   Telephone:   (415) 442-4810
5  Facsimile:   (213) 442-4870

6  Attorneys for Defendant
   ARROW ELECTRONICS, INC.

7
   GERALD EMANUEL, State Bar No. 61049
8  jemanuel@hinklelaw.com
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
9  2007 West Hedding Street, Suite 100
   San Jose, California  95128
10 Telephone:  (408) 246-5500
   Facsimile:   (408) 246-1051
11
   Attorneys for Plaintiff
12 KATHY NAVARRO

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
3/29/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY NAVARRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARROW ELECTRONICS, INC., a New York corporation; and DOES 1-50, inclusive,<br>Defendants. | Case No. C 10-03210 JW<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE AND [PROPOSED] ORDER** |

Defendant Arrow Electronics, Inc. ("Arrow") and Plaintiff Kathy Navarro (collectively referred to as "the Parties") jointly state, stipulate and agree as follows:

(1)  On October 13, 2010, the Court issued a Scheduling Order establishing a discovery cut-off date in this matter of April 8, 2010.  That same Order established deadlines for Preliminary Pretrial Conference on March 7, 2011, submission of Preliminary Pretrial Conference Statements

STIPULATION TO EXTEND DISCOVERY DEADLINE              Case *No. C 10-03210 JW*
AND [PROPOSED] ORDER                    1

on February 25, 2011, and ADR program coordinator contact of October 29, 2010.

(2) The Parties timely submitted a Joint Preliminary Pretrial Conference statement on February 25, 2011.

(3) On March 3, 2011, the Court entered an Order requiring the Parties to Jointly submit an updated Preliminary Pretrial Conference Statement on or before March 25, 2011, together with a proposed Stipulation Extending Deadlines.

(4) Also on March 3, 2011, Defendant completed the Plaintiff, Kathy Navarro's deposition.

(5) The Parties have each exchanged one set of written discovery. The Parties each anticipate serving at least one additional set of written discovery.

(6) The Parties anticipate seven additional depositions, which number may be modified depending on the identification of additional witnesses at deposition. The Parties have met and conferred regarding the scheduling of these additional depositions.

(7) The Parties have scheduled a full-day private mediation with Vivenne Williamson to occur on June 28, 2011.

In consideration of the above, the Parties jointly request this Court issue an order extending the deadlines set forth in the Court's October 13, 2010 Order, and establishing the following deadlines:

AND [PROPOSED] ORDER                          2

| Close of All Discovery | June 27 2011 |
| --- | --- |
| **Last Date for Hearing Dispositive Motions** *(60 days after Close of All Discovery)* | August 29, 2011 |
| **Preliminary Pretrial Conference, if necessary** *(30 days before the Close of All Discovery)* | May 23, 2011 |
| **Preliminary Pretrial Conference Statements** *(At least 10 days before conference)* | May 13, 2011 |
| Private Mediation | June 28, 2011 |
| Notification to Court Re: Mediation | May 31, 2011 |

DATED: March 25, 2011         OGLETREE, DEAKINS, NASH, SMOAK & STEWART

By:_____/s/ Aaron Roblan_____
Aaron Roblan
Attorneys for Defendant
ARROW ELECTRONICS, INC.

DATED: March 25, 2011         HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By:_____/s/ Gerald Emanuel_____
Gerald Emanuel
Attorneys for Plaintiff
KATHY NAVARRO

STIPULATION TO EXTEND DISCOVERY DEADLINE                    Case *No. C 10-03210 JW*
AND [PROPOSED] ORDER                    3

1  **IT IS SO ORDERED** AS MODIFIED.

3  Dated: March 29            , 2011    _____
                                         Honorable James Ware
                                         United States District Judge

STIPULATION TO EXTEND DISCOVERY DEADLINE                Case No. C 10-03210 JW
AND [PROPOSED] ORDER                    4