AARON ROBLAN, State Bar No. 244308
Aaron.Roblan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:   (213) 442-4870

Attorneys for Defendant
ARROW ELECTRONICS, INC.

GERALD EMANUEL, State Bar No. 61049
jemanuel@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California  95128
Telephone:  (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Plaintiff
KATHY NAVARRO

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/28/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY NAVARRO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARROW ELECTRONICS, INC., a New York corporation; and DOES 1-50, inclusive,<br>Defendants. | Case No. C 10-03210 EJD<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE AND [PROPOSED] ORDER** |

   Defendant Arrow Electronics, Inc. ("Arrow") and Plaintiff Kathy Navarro (collectively referred to as "the Parties") jointly state, stipulate and agree as follows:

   (1)   On March 29, 2011, the Court issued an Order, pursuant to a stipulation filed by the parties, establishing a discovery cut-off date in this matter of June 27, 2011.  That same Order established a deadline for hearing dispositive motions of August 29, 2011, 60 days after the close of discovery.

STIPULATION TO EXTEND PRETRIAL DEADLINES                              Cas*e No. C 10-03210 EJD*
AND [PROPOSED] ORDER                         1

(2) The Order acknowledged expressly that the parties were scheduled to have a full-day private mediation with Vivien Williamson on June 28, 2011.

(3) In their request to the Court to extend the deadlines, the parties informed the Court that they intended to take at least seven additional depositions and conduct additional written discovery.

(4) The parties are still set for the mediation with Ms. Williamson on June 28, 2011, and have already submitted to Ms. Williamson and exchanged mediation statements.  The parties are hopeful that the case will resolve at the mediation and have, therefore, been dedicating all of their efforts in this case to preparing for the mediation and conserving resources as much as possible to ensure that the mediation, and any possible settlement, is not hindered by the accrual of costly attorneys' fees.

In consideration of the above, the Parties jointly request this Court issue an order extending the deadlines set forth in the Court's March 29, 2011 Order, and establishing the following deadlines:

| | |
|---|---|
| **Close of All Discovery** | **August 31, 2011** |
| **Last Date for Hearing Dispositive Motions** *(60 days after Close of All Discovery)* | **October 28, 2011** |
| **Preliminary Pretrial Conference, if necessary** | **September 30, 2011** |
| **Preliminary Pretrial Conference Statements** *(At least 10 days before conference)* | **September 23, 2011** |
| **Private Mediation** | **June 28, 2011** |
| **Notification to Court Re: Mediation** | **July 15, 2011** |
| **Trial** | **April 2, 2012,** or as soon thereafter as is available on the Court's calendar |

STIPULATION TO EXTEND PRETRIAL DEADLINES                    Case *No. C 10-03210 EJD*
AND [PROPOSED] ORDER                         2

1  DATED: June 23, 2011                OGLETREE, DEAKINS, NASH, SMOAK & STEWART

    By:_____/s/ Aaron Roblan_____
        Aaron Roblan
        Attorneys for Defendant
        ARROW ELECTRONICS, INC.

7  DATED: June 23, 2011                HINKLE, JACHIMOWICZ, POINTER & EMANUEL

    By:_____/s/ Gerald Emanuel_____
        Gerald Emanuel
        Attorneys for Plaintiff
        KATHY NAVARRO

**IT IS SO ORDERED:**

Dated: _____June 28_____, 2011   _____
                                              Honorable Edward J. Davila
                                              United States District Judge

10509809.1 (OGLETREE)

STIPULATION TO EXTEND PRETRIAL DEADLINES        Case No. C 10-03210 EJD
AND [PROPOSED] ORDER                    3