AARON ROBLAN, State Bar No. 244308
Aaron.Roblan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:    (213) 442-4870

Attorneys for Defendant
ARROW ELECTRONICS, INC.

GERALD EMANUEL, State Bar No. 61049
jemanuel@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California  95128
Telephone:  (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Plaintiff
KATHY NAVARRO

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY NAVARRO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ARROW ELECTRONICS, INC., a New York corporation; and DOES 1-50, inclusive,<br>  Defendants. | Case No. C 10-03210 EJD<br><br>**STIPULATION TO EXTEND PRETRIAL DEADLINES AND [PROPOSED] ORDER** |

Defendant Arrow Electronics, Inc. ("Arrow") and Plaintiff Kathy Navarro (collectively referred to as "the Parties") jointly state, stipulate and agree as follows:

(1) On June 23, 2011, the parties filed a stipulation requesting that the Court set certain discovery, dispositive motion hearing and pretrial conference deadlines.  The dates requested by the parties in that stipulation were based on the fact that the parties were scheduled to have a full-day private mediation with Vivien Williamson on June 28, 2011.

STIPULATION TO EXTEND PRETRIAL DEADLINES  AND [PROPOSED] ORDER                 1        Cas*e No. C 10-03210 EJD*

(2) The parties completed the mediation with Ms. Williamson as scheduled on June 28, 2011. Although the parties did not resolve the case at the mediation, the parties have continued to work with Ms. Williamson, via telephone exchanges, in an effort to resolve the matter. Although no resolution has yet been reached, the parties are still working with Ms. Williamson in an effort to reach a settlement.

(3) Due to these continued settlement discussions, the parties have put off engaging in further discovery, to keep down costs and attorneys' fees in the event that they were able to reach a settlement. Although the parties are still hopeful that they will be able to reach a resolution, they also realize that it is necessary to re-commence discovery efforts, so that they will be able to complete discovery without undue delay in the event that they are not able to resolve the case through settlement.

(4) To that end, the parties have completed service of all contemplated written discovery. However, Defendant is still awaiting responses from Plaintiff to last set of discovery that was served. Therefore, although the parties do not require any additional time for service of written discovery, Defendant may still need time to file a motion to compel based on Plaintiff's outstanding discovery responses, in the event such a motion is necessary based on those discovery responses.

(5) Moreover, the parties are currently working together to schedule the remaining depositions to be conducted. Plaintiff has indicated that she intends to depose Jeff Heffernan, Lori Walker, Faith Atkins, and Ada Hunt. Defendant has noticed the depositions of two of Plaintiff's treating physicians, Dr. Robert Gould and Dr. Manika Kaushal. Except for Jeff Heffernan, all of these outstanding depositions will be of witnesses who are not under the control of either party, as they are of either (1) former employees of Defendant or (2) third party witnesses who have never been under the control of either party. Moreover, as for Plaintiff's current or former treating physicians, not only are they not under the control of either party, but they have also informed Defendant that they have very limited availability to be deposed. Therefore, although the parties are working diligently to schedule these depositions, the depositions will likely not be scheduled

1  and completed until the end of October, based on the unavailability of the deponents.

2      (6)    Additionally, on August 15, 2011, Defendant called the Court to reserve a hearing
3  on its intended dispositive motion on October 28, 2011, in accordance with the existing scheduling
4  order. Defendant was informed at that time that the first available hearing date on the Court's
5  calendar for a dispositive motion is February 10, 2012. Defendant has now reserved that date, as
6  the first available date on the Court's calendar, for a hearing on its contemplated dispositive
7  motion.

8      (7)    Finally, Aaron Roblan, who is the lead trial counsel and responsible attorney on this
9  matter for Defendant, has been effectively unable to work since early August due to a serious
10 medical condition. Mr. Roblan began experiencing debilitating pain in the beginning of August,
11 which resulted in numerous medical appointments throughout the first weeks of August and an
12 eventual admittance to the hospital on August 18th. Mr. Roblan was in the hospital for almost a full
13 week, and at this point it is unclear when he will be released to return to work.

14     In consideration of all of the foregoing, the Parties jointly request this Court issue an order
15 extending the deadlines set forth in the Court's June 28, 2011 Order, and establishing the following
16 deadlines:

| | |
|---|---|
| **Close of All Discovery** | November 15, 2011 |
| **Date for Hearing Dispositive Motions** *(per Court's availability and reservation)* | February 10, 2012 |
| **Preliminary Pretrial Conference, if necessary** | March 30, 2012 |
| **Preliminary Pretrial Conference Statements** *(At least 10 days before conference)* | March 16, 2012 |
| **Trial** | The Court will set a trial schedule at the Preliminary Pretrial Conference |

1

DATED: August 29, 2011           OGLETREE, DEAKINS, NASH, SMOAK & STEWART


By:        /s/ Erica Rocush (for)
    Aaron Roblan
    Attorneys for Defendant
    ARROW ELECTRONICS, INC.


DATED: August 29, 2011           HINKLE, JACHIMOWICZ, POINTER & EMANUEL


By:        /s/ Gerald Emanuel
    Gerald Emanuel
    Attorneys for Plaintiff
    KATHY NAVARRO


**IT IS SO ORDERED** AS MODIFIED.

Dated: _____September 2,_____, 2011    _____
    Honorable Edward J. Davila
    United States District Judge

10839988.1 (OGLETREE)