1 | Thomas M. McInerney, SBN 162055
tmm@ogletreedeakins.com
2 | Erica K. Rocush, SBN 262354
erica.rocush@ogletreedeakins.com,
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA  94105
5 | Telephone:     415.442.4810
Facsimile:     415.442.4870
6

7 | Attorneys for Defendant
ARROW ELECTRONICS, INC.
8

9 | GERALD EMANUEL, State Bar No. 61049
jemanuel@hinklelaw.com
10 | HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
11 | San Jose, California  95128
Telephone:  (408) 246-5500
12 | Facsimile:  (408) 246-1051

13 | Attorneys for Plaintiff
KATHY NAVARRO

14

15

16 | ### IN THE UNITED STATES DISTRICT COURT

17 | ### FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | KATHY NAVARRO, an individual,          Case No. CV 10 3210 EJD

19 |                 Plaintiff,

20 |        v.                              **STIPULATION AND [PROPOSED]
                                            ORDER FOR DISMISSAL OF
21 | ARROW ELECTRONICS, INC., a New York    COMPLAINT WITH PREJUDICE
     corporation; and DOES 1-50, inclusive, PURSUANT TO FRCP 41**

22 |                 Defendants.

23

24

25

26 |        WHEREAS, Plaintiff Kathy Navarro ("Plaintiff" or "Navarro") and Defendant Arrow

27 | Electronics, Inc. ("Defendant" or "Arrow") (collectively, "the Parties") have agreed to fully settle

28

Request for
dismissal

1  the instant action;

2      WHEREAS, the Parties have entered into a settlement and executed a Confidential

3  Settlement Agreement resolving all of Plaintiff's claims against Defendant, including all claims

4  arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et.*

5  *seq.*) in exchange for valuable consideration;

6      NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court,

7  pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the

8  above-titled action as to all parties, with each party bearing her or its own fees and costs.

9

10  DATED:  September __, 2012          OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.

11

12

13                                      By:  /s/ Erica K. Rocush_____
                                            Thomas M. McInerney
14                                          Erica K. Rocush
                                            Attorneys for Defendant Arrow
15                                          Electronics, Inc.

16  DATED:  September ___, 2012         HINKLE, JACHIMOWICZ, POINTER &
                                        EMANUEL

17

18                                      By:  /s/ Gerald Emanuel
                                            Gerald Emanuel
19                                          Attorneys for Plaintiff Kathy Navarro

20

21

22

23

24

25

26

27

28
                                                2            Case No. CV 10 3210 EJD

Request for
dismissal

1

**[~~PROPOSED~~] ORDER**

2          Having been advised by the Parties that a Settlement Agreement was entered into,

3   pursuant to which Plaintiff Kathy Navarro has agreed to release all claims, including all claims

4   arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et.*

5   *seq.*) against defendant Arrow Electronics, Inc. in exchange for valuable consideration, the matter

6   of *Kathy Navarro v. Arrow Electronics, Inc., et al.*, United States District Court, Northern District

7   of California, Case No. C 10-3210 EJD, is, by reason of the settlement, hereby dismissed with

8   prejudice in its entirety as to all parties, each party to bear her or its own costs and fees.

9

10  **IT IS SO ORDERED.**  The Clerk shall close this file.

    Dated:_____          _____
11           September 14, 2012

12                                           Hon. Edward J. Davila
                                             United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for
dismissal