1  Thomas M. McInerney, SBN 162055
   tmm@ogletreedeakins.com
2  Erica K. Rocush, SBN 262354
   erica.rocush@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6

7  Attorneys for Defendant
   ARROW ELECTRONICS, INC.
8
   GERALD EMANUEL, State Bar No. 61049
9  jemanuel@hinklelaw.com
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
10 2007 West Hedding Street, Suite 100
   San Jose, California  95128
11 Telephone: (408) 246-5500
   Facsimile: (408) 246-1051
12
   Attorneys for Plaintiff
13 KATHY NAVARRO

14

15
                   **IN THE UNITED STATES DISTRICT COURT**
16
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

18 | KATHY NAVARRO, an individual,                          | Case No. CV 10 3210 EJD
19 |        Plaintiff,                                      |
20 |        v.                                              | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41**
21 | ARROW ELECTRONICS, INC., a New York corporation; and DOES 1-50, inclusive, |
22 |        Defendants.                                     |
23

24

25
        WHEREAS, Plaintiff Kathy Navarro ("Plaintiff" or "Navarro") and Defendant Arrow
26
   Electronics, Inc. ("Defendant" or "Arrow") (collectively, "the Parties") have agreed to fully settle
27

28
                                                                              Case No. CV 10 3210 EJD
   STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Request for dismissal

the instant action;

WHEREAS, the Parties have entered into a settlement and executed a Confidential Settlement Agreement resolving all of Plaintiff's claims against Defendant, including all claims arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et. seq.*) in exchange for valuable consideration;

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above-titled action as to all parties, with each party bearing her or its own fees and costs.

DATED: September __, 2012         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Erica K. Rocush
    Thomas M. McInerney
    Erica K. Rocush
    Attorneys for Defendant Arrow
    Electronics, Inc.

DATED: September ___, 2012        HINKLE, JACHIMOWICZ, POINTER & EMANUEL


By: /s/ Gerald Emanuel
    Gerald Emanuel
    Attorneys for Plaintiff Kathy Navarro

Request for dismissal

# [~~PROPOSED~~] ORDER

Having been advised by the Parties that a Settlement Agreement was entered into, pursuant to which Plaintiff Kathy Navarro has agreed to release all claims, including all claims arising under the Federal Age Discrimination in Employment Act ("ADEA," 29 U.S.C. § 621, *et. seq.*) against defendant Arrow Electronics, Inc. in exchange for valuable consideration, the matter of *Kathy Navarro v. Arrow Electronics, Inc., et al.*, United States District Court, Northern District of California, Case No. C 10-3210 EJD, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties, each party to bear her or its own costs and fees.

**IT IS SO ORDERED.** The Clerk shall close this file.

Dated: September 14, 2012

_____
Hon. Edward J. Davila
United States District Court